Case 1:26-cv-00122   Document 7   Filed 02/17/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| LUIS ARTECHE-RIQUELME, §<br>   "Petitioner," §<br> §<br>v. §<br> § Civil Action No. 1:26-cv-00122<br>WARDEN, Port Isabel Detention Center, *et* §<br>*al.*, §<br>   "Respondents." § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 14 days after service of these filings. The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

Once Respondents are served, the Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

Signed on this the 17th day of February, 2026.

_____
Rolando Olvera
United States District Judge