United States District Court
Southern District of Texas

**ENTERED**

June 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS ARTECHE-RIQUELME, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00122 |
| WARDEN, PORT ISABEL DETENTION | § | |
| CENTER, *et al*., | § | |
| "Respondents." | § | |
| | § | |

**ORDER**

The Court previously granted Petitioner's habeas petition in part and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. *See* Dkt. No. 30. Because that report has been filed, *see* Dkt. No. 31, the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this June 23, 2026

Rolando Olvera
United States District Judge

1 / 1